UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re GITTO GLOBAL CORPORATION,   \*
    Debtor                                             \*
                                                     \*   Chapter 11
CHARLES GITTO and TRADEX        \*   Case No. 04-45386-JBR
CORP.,                                       \*
    Appellant                               \*
vs.                                                    \*
                                                   \*
WORCESTER TELEGRAN & GAZETTE   \*
CORP., MEDIANEWS GROUP, INC.,      \*
CHARLES L. GLERUM, EXAMINER,      \*
and PHOEBE MORSE, UNITED STATES   \*
TRUSTEE,                                  \*
    Respondents                    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

05cv10532DPW

## NOTICE OF APPEAL

Appellants, Charles Gitto and Tradex Corporation, appeal under U.S.C. § 158(a) from the order of the bankruptcy judge, Joel B. Rosenthal, entered in this adversary proceeding on the 9th day of February 2005.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Worcester Telegram & Gazette Corporation | Melissa G. Liazos, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>617-951-8000 |
| MediaNews Group, Inc. | Peter J. Caruso, Esq.<br>Caruso & Caruso, LLP<br>One Elm Square<br>Andover, MA 01810<br>978-475-2200 |

Charles L. Glerum, Examiner

Lisa E. Herrington, Esq.
Choate Hall & Stewart
53 State Street
Boston, MA 02109
617-248-5021

Phoebe Morse, U.S. Trustee

Richard T. King, Esq.
Lisa D. Tingue, Esq.
Office of the U.S. Trustee
446 Main Street, 14th floor
Worcester, MA 01608
508-793-0555

Respectfully submitted,
Charles Gitto and Tradex Corporation,
By their attorneys,


\_\_\_\_\_/s/ Juliane Balliro\_\_\_\_\_
Juliane Balliro (BBO# 028010)
Paul A. Leoni (BBO# 657490)
Perkins Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108
617-854-4000

Dated: February 22, 2005

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

*****************************************

| | |
|---|---|
| In re GITTO GLOBAL CORPORATION,<br>    Debtor<br><br>CHARLES GITTO and TRADEX CORP.,<br>    Appellant<br><br>vs.<br><br>WORCESTER TELEGRAN & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES L. GLERUM, EXAMINER, and PHOEBE MORSE, UNITED STATES TRUSTEE,<br>    Respondents | Chapter 11<br>Case No. 04-45386-JBR |

*****************************************

## STATEMENT OF ELECTION

Pursuant to Federal Rule of Bankruptcy Procedure 8001(e), appellants Charles Gitto and Tradex Corporation hereby elect to have their appeal, the notice of which is filed contemporaneously on this date, be heard by the United States District Court.

Mr. Gitto and Tradex Corporation note that this appeal is related to the pending case of LaSalle Business Credit v. Gary Gitto, et al., No. 04-12227-DPW.

                                          Respectfully submitted,
                                          Charles Gitto and Tradex Corporation,
                                          By their attorneys,

                                          /s/ Juliane Balliro
                                          Juliane Balliro (BBO# 028010)
                                          Paul A. Leoni (BBO# 657490)
                                          Perkins Smith & Cohen, LLP
                                          One Beacon Street
                                          Boston, MA 02108
                                          617-854-4000

Dated: February 22, 2005