UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re GITTO GLOBAL CORPORATION,    \*
    Debtor    \*
                                                \*  Chapter 11

CHARLES GITTO and TRADEX    \*  Case No. 04-45386-JBR
CORP.,    \*
    Appellant    \*
                                                \*

vs.    \*
                                                \*

WORCESTER TELEGRAM & GAZETTE    \*
CORP., MEDIANEWS GROUP, INC.,    \*
CHARLES L. GLERUM, EXAMINER,    \*
and PHOEBE MORSE, UNITED STATES    \*
TRUSTEE,    \*
    Respondents    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

Appellants, Charles Gitto and Tradex Corporation, appeal under U.S.C. § 158(a) from the order of the bankruptcy judge, Joel B. Rosenthal, entered in this adversary proceeding on the 9th day of February 2005.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Worcester Telegram & Gazette Corporation | Melissa G. Liazos, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>617-951-8000 |
| MediaNews Group, Inc. | Peter J. Caruso, Esq.<br>Caruso & Caruso, LLP<br>One Elm Square<br>Andover, MA 01810<br>978-475-2200 |

Charles L. Glerum, Examiner

                                  Lisa E. Herrington, Esq.
                                  Choate Hall & Stewart
                                  53 State Street
                                  Boston, MA 02109
                                  617-248-5021

Phoebe Morse, U.S. Trustee

                                  Richard T. King, Esq.
                                  Lisa D. Tingue, Esq.
                                  Office of the U.S. Trustee
                                  446 Main Street, 14th floor
                                  Worcester, MA 01608
                                  508-793-0555

Respectfully submitted,
Charles Gitto and Tradex Corporation,
By their attorneys,


       /s/ Juliane Balliro
Juliane Balliro (BBO# 028010)
Paul A. Leoni (BBO# 657490)
Perkins Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108
617-854-4000

Dated: February 22, 2005