UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

```
*************************************
In re GITTO GLOBAL CORPORATION,      *
         Debtor                      *
                                     *   Chapter 11
                                     *   Case No. 04-45386-JBR
CHARLES GITTO and TRADEX             *
CORP.,                               *
         Appellant                   *
                                     *
vs.                                  *
                                     *
WORCESTER TELEGRAN & GAZETTE         *
CORP., MEDIANEWS GROUP, INC.,        *
CHARLES L. GLERUM, EXAMINER,         *
and PHOEBE MORSE, UNITED STATES      *
TRUSTEE,                             *
         Respondents                 *
*************************************
```

## STATEMENT OF ELECTION

Pursuant to Federal Rule of Bankruptcy Procedure 8001(e), appellants Charles Gitto and Tradex Corporation hereby elect to have their appeal, the notice of which is filed contemporaneously on this date, be heard by the United States District Court.

Mr. Gitto and Tradex Corporation note that this appeal is related to the pending case of LaSalle Business Credit v. Gary Gitto, et al., No. 04-12227-DPW.

> Respectfully submitted,
> Charles Gitto and Tradex Corporation,
> By their attorneys,
>
> /s/ Juliane Balliro
> Juliane Balliro (BBO# 028010)
> Paul A. Leoni (BBO# 657490)
> Perkins Smith & Cohen, LLP
> One Beacon Street
> Boston, MA 02108
> 617-854-4000

Dated: February 22, 2005