FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR 15 A 9:35

Case No. 05-____-DPW

U.S. DISTRICT COURT
DISTRICT OF MASS.

05-10334

CHARLES GITTO and TRADEX CORP.,

v.

WORCESTER TELEGRAM & GAZETTE
CORP., MEDIANEWS GROUP, INC.,
CHARLES L. GLERUM, EXAMINER,
and PHOEBE MORSE, UNITED STATES
TRUSTEE,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused the foregoing Brief of the Appellants, Charles Gitto and Tradex Corporation to be served on March 14, 2005, by first class mail, postage pre-paid, upon the following:

| | |
|---|---|
| Counsel for Gary Gitto | Max D. Stern, Esq.<br>Stern, Shapiro, Weissberg & Garin, LLP<br>90 Canal Street, Suite 500<br>Boston, MA  02114 |
| Worcester Telegram & Gazette | Melissa G. Liazos, Esq.<br>Jonathan M. Albano, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110<br>617-951-8000 |
| MediaNews Group, Inc. | Peter J. Caruso, Esq.<br>Caruso & Caruso, LLP<br>One Elm Square<br>Andover, MA  01810<br>978-475-2200 |

| | |
|---|---|
| Charles L. Glerum, Examiner | Charles L. Glerum, Esq.<br>Lisa E. Herrington, Esq.<br>Choate Hall & Stewart<br>53 State Street<br>Boston, MA 02109<br>617-248-5021 |
| Phoebe Morse, U.S. Trustee | Richard T. King, Esq.<br>Lisa D. Tingue, Esq.<br>Office of the U.S. Trustee<br>446 Main Street, 14th floor<br>Worcester, MA 01608<br>508-793-0555<br><br>Charles W. Rankin, Esq.<br>Rankin & Sultan<br>1 Commercial Wharf, North<br>Boston, MA  02110 |

/s/ Paul A. Leoni
Counsel for Appellants