UNITED STATES DISTRICRT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>GITTO GLOBAL CORP.,<br><br>              Debtor.<br><br>CHARLES GITTO & TRADEX CORP.,<br><br>              Appellants,<br><br>         v.<br><br>WORCESTER TELEGRAM & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES GLERUM, EXAMINER, & PHOEBE MORSE, UNITED STATES TRUSTEE,<br><br>              Appellees. | Chapter 11<br>Case No. 04-45386-JBR<br><br><br><br><br><br>CIVIL ACTION<br>No. 05-10532-DPW |

## **NOTICE OF APPEAL**

Appellants Charles Gitto and Tradex Corporation hereby notice their appeal from the Memorandum and Order and the Order of Dismissal in the above-entitled action entered on May 2, 2005.

                                                                Respectfully submitted,

Dated:  May 5, 2005                            /s/ Juliane Balliro
                                                                Juliane Balliro
                                                                 BBO No. 028010
                                                                 Paul A. Leoni
                                                                BBO No. 657490
                                                                Perkins Smith & Cohen, LLP
                                                                One Beacon Street, 30th Fl.
                                                                Boston, MA 02108
                                                                617-854-4000