05-10334

# United States Court of Appeals
## For the First Circuit

---

No. 05-1658

IN RE: GITTO GLOBAL CORPORATION,

Debtor,

---

GARY GITTO,

Appellant,

v.

WORCESTER TELEGRAM & GAZETTE CORPORATION, ET AL.

Appellees.

No. 05-1666

IN RE: GITTO GLOBAL CORPORATION,    05-10532

Debtor,

---

CHARLES GITTO, ET AL.,

Appellants,

v.

WORCESTER TELEGRAM & GAZETTE CORPORATION, ET AL.,

Appellees.

---

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez,
<u>Circuit Judges</u>.

ORDER OF COURT

Entered: May 10, 2005

The motion for a stay pending appeal is <u>allowed</u>. We expedite these appeals on our own initiative. Appellants shall file their briefs by May 20, 2005. Appellees shall file their briefs by June 2, 2005. Any reply briefs shall be filed by June 6, 2005. Oral argument will be heard on June 10, 2005. No extensions will be allowed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
_____
Chief Deputy Clerk.

[certified copies to: Hon. Douglas P. Woodlock; Hon. Joel B. Rosenthal; Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts; Jim Lynch, Clerk, United States Bankruptcy Court for the District of Massachusetts]

[cc: Jonathan M. Albano, Esq., Juliane Balliro, Esq., Robert M. Buchanan, Jr., Esq., Peter J. Caruso, Esq., Michael J. Fencer, Esq., Richard E. Gentilli, Esq., Lisa E. Herrington, Esq., Lillian M. Hirales, Esq., Lori J. Holik, Esq., Richard T. King, Esq., Paul A. Leoni, Esq., Melissa Georgia Liazos, Esq., David M. Nickless, Esq., Charles W. Rankin, Esq., Max D. Stern, Esq., Lisa D. Tingue, Esq., Aaron M. Wais, Esq. and M. Ellen Carpenter, Esq.]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: L Pedrosm    Date: 5-10-05