*05-10532*
*USDC/MA*
*Judge Woodlock*

# United States Court of Appeals
## For the First Circuit



Nos. 05-1658, 05-1666

In re GITTO GLOBAL CORP., Debtor

---

GARRY GITTO and CHARLES GITTO,

Appellants,

v.

WORCESTER TELEGRAM & GAZETTE CORP.; MEDIANEWS GROUP, INC.; CHARLES L. GLERUM, EXAMINER; AND
PHOEBE MORSE, UNITED STATES TRUSTEE,

Appellees.

---

**JUDGMENT**

Entered: August 31, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Upon issuance of the mandate, and once the Examiner deletes all bank account numbers included in the investigatory report (Report) and its exhibits pursuant to the unchallenged ruling of the bankruptcy court regarding the redaction of confidential information, the Report shall be filed publicly.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 10/25/05

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[Certified copies to the Hon. Douglas P. Woodlock and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Ms. Hirales, Mr. Stern, Mr. Nickless, Mr. Wais, Ms. Liazos, Mr. Albano, Mr. Caruso, Ms. Herrington, Mr. Buchanan, Ms. Tingue, Mr. King, Mr. Gentilli, Mr. Fencer.]